

**METHFESSEL & WERBEL**
A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>

Of Counsel
JOHN METHFESSEL, SR.>
(1964-1995)
DON CROWLEY=
MARC DEMBLING*+
ED THORNTON*>

Counsel
CHRISTIAN R. BAILLIE+
JOSEPH D. CASTELLUCCI, JR.>
SARAH K. DELAHANT+
JAMES FOXEN^
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
NATALIE DONIS+
MICHAEL R. EATROFF>
DAVID INCLE, JR.>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
ALICIA C. LANGONE+
ADAM N. LEVITSKY>
OLIVIA R. LICATA+
ASHLEY E. MALANDRE^
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
KAJAL J. PATEL>
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
TIFFANY D. TAGARELLI>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
    New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Retired from the practice of law

**Please reply to New Jersey**

February 25, 2019

**VIA ECOURTS FILING**
Honorable Lois H. Goodman, U.S.D.J
United States District Court – District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

RE: **THE INDEPENDENCE PROJECT VS. LTD REALTY INVESTMENT**
Our File No.      :   86334 SKP
Docket No.       :   3:18-CV-05628-MAS-LHG

Dear Judge Goodman:

This firm represents Defendant LTD Realty Investment, V, L.P. in this matter. We are writing in response to the Court's Order that the parties provide the Court with a report by this date as to the status of negotiations. Last week the parties exchanged several settlement proposals, and Defendant is currently considering the latest proposal made by Plaintiffs. As such, with the consent of Plaintiff"s counsel, the parties jointly request that the Court provide us with a thirty (30) day extension of time to attempt to resolve this matter before scheduling a case management conference.

Thank you for your consideration of this request.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

Steven K. Parness
parness@methwerb.com
Ext. 145

SKP:skp

cc:  **VIA EMAIL: js@shadingerlaw.com**
    Jon G. Shadinger, Jr., Esq.
    Shadinger Law
    160 Cumberland Avenue
    Estell Manor, NJ 08319

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
1500 Market Street • 12th Floor, East Tower • Philadelphia, PA 19102 • (215) 665-5622 • FAX (215) 665-5623
www.njinslaw.com