Steven K. Parness- ID #027111993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
mailbox@methwerb.com
Attorneys for LTD Realty Investment V, L.P.
Our File No. 86334 SKP

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., A NEW JERSEY NON-PROFIT CORPORATION AND RONALD MOORE, INDIVIDUALLY<br><br>Plaintiffs,<br><br>V.<br><br>LTD REALTY INVESTMENT V, L.P., A DELAWARE LIMITED PARTNERSHIP<br><br>Defendant. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 3:18-CV-05628-MAS-LHG<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs The Independence Project and Ronald Moore (collectively "Plaintiffs") hereby dismiss by way of this stipulation of dismissal any and all claims raised by them against Defendant LTD Realty Investment V, L.P., said claims being dismissed with prejudice and without costs or attorney's fees against any party.

SHADINGER LAW, LLC
Attorney for Plaintiffs

METHFESSEL & WERBEL, ESQs
Attorneys for Defendant

_____
JON G. SHADINGER, ESQ.
DATED: 7/2/19

_____
STEVEN K. PARNESS, ESQ.
DATED: 7/23/19

So Ordered this 24th day of July, 2019.

_____
Hon. Michael Shipp, USDJ